NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANDREW WALTERS, DOC #M32535,          )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D18-1652
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed September 20, 2019.

Appeal from the Circuit Court for
Hillsborough County; Mark R. Wolfe, Judge.

Andrew Walters, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Marilyn Muir Beccue,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.



VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.